Arkay Finance Corporation, Respondent, *v.* Pilco Hide Corporation et al., Defendants, and Dave Goldberg, Appellant.

(Submitted November 21, 1928; decided December 7, 1928.)

*Louis Steinberg* and *Michael Koses* for appellant.
*Edward C. Maguire* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.